United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES WORLDWIDE, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No. 4:24-CV-04703 |
| | § | |
| | § | JURY DEMAND |
| KUMHO TIRE U.S.A., INC., et al., | § | |
| | § | |
| *Defendants*. | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

On November 10, 2026, the Court considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff James Worldwide, Inc. ("JWI"), Defendant Kumho Tire U.S.A., Inc. ("KUSA"), and Defendant Melis Gruup, LLC ("Melis") (collectively, the "Parties"). Pursuant to the Parties' Joint Stipulation, the Court ORDERS, ADJUDGES, and DECREES as follows:

- All claims that JWI brought, or could have brought, in the above-captioned action are dismissed with prejudice;
- All claims that KUSA brought, or could have brought, in the above-captioned action are dismissed with prejudice;
- All claims that Melis brought, or could have brought, in the above-captioned action are dismissed with prejudice;
- Each party shall bear its own costs;

- Any relief not expressly granted in the Order is denied; and
- This Order disposes of all parties and all claims and is final for all purposes.

SO ORDERED.

SIGNED this 10 day of November, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE